IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-12522 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 6347 & 6378** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Rule 8003 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a)(1), sanofi-aventis U.S. LLC ("**Sanofi**") submits this Notice of Appeal in conformity with Official Bankruptcy Form B417.

**Part 1:  Identity of Appellant**

1. Name(s) of Appellant(s):  sanofi-aventis U.S. LLC.

2. Position of Appellant(s) in the adversary proceeding or bankruptcy case which is subject of this appeal:  creditor and party-in-interest.

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Opinion (D.I. 6347) (the "**Opinion**") and revised opinion (D.I. 6378) (the "**Revised Opinion**"), entered by the United States Bankruptcy Court for the District of Delaware, confirming Debtors' Fourth Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code (D.I. 6066) with certain modifications.

   A copy of the Opinion is attached hereto as **Exhibit A**.  A copy of the Revised Opinion is attached hereto as **Exhibit B**.

2. State the date on which the judgment, order, or decree was entered:  The Opinion and the Revised Opinion were entered on February 3, 2022, and February 8, 2022, respectively.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

-2-

**Part 3: Identify the subject of this appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Mallinckrodt plc and its affiliated debtors listed on **Attachment 1** hereto.

    **Attorneys:**

    George A. Davis, Esq.
    George Klidonas, Esq.
    Andrew Sorkin, Esq.
    Anupama Yerramalli, Esq.
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone:     (212) 906-1200

    Jeffrey E. Bjork, Esq.
    Latham & Watkins LLP
    355 South Grand Avenue
    Suite 100
    Los Angeles, California 90071
    Telephone:     (213) 485-1234

    Jason B. Gott, Esq.
    Latham & Watkins LLP
    330 North Wabash Avenue
    Suite 2800
    Chicago, Illinois 60611
    Telephone:     (312) 876-7700

    Elizabeth Marks, Esq.
    Latham & Watkins LLP
    Clarendon Street
    Boston, Massachusetts 02116
    Telephone:     (617) 948-6000

    Mark D. Collins, Esq.
    Michael J. Merchant, Esq.
    Robert J. Stern, Jr., Esq.
    Amanda R. Steel, Esq.
    Brendan J. Schlauch, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street

  Wilmington, Delaware 19801
  Telephone: (302) 651-7700

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

  ☐  Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

| | |
|---|---|
| Dated: February 17, 2022 | **DLA PIPER LLP (US)** |
| | */s/ Aaron S. Applebaum* |
| | Stuart M. Brown (DE #4050) |
| | Aaron S. Applebaum (DE #5587) |
| | Kaitlin MacKenzie (DE #5924) |
| | 1201 North Market Street, Suite 2100 |
| | Wilmington, Delaware 19801 |
| | Telephone:     (302) 468-5700 |
| | Facsimile:     (302) 394-2341 |
| | Email: stuart.brown@us.dlapiper.com |
| |    aaron.applebaum@us.dlapiper.com |
| |    kaitlin.mackenzie@us.dlapiper.com |
| | - and - |
| | Jason Hopkins (TX 24059969) |
| | 1900 North Pearl Street |
| | Suite 2200 |
| | Dallas, Texas 75201-2482 |
| | Telephone:     (214) 743-4546 |
| | Email: jason.hopkins@us.dlapiper.com |
| | *Attorneys for sanofi-aventis U.S. LLC* |

# **ATTACHMENT 1**

Acthar IP Unlimited Company
IMC Exploration Company
Infacare Pharmaceutical Corporation
INO Therapeutics LLC
Ludlow LLC
MAK LLC
Mallinckrodt APAP LLC
Mallinckrodt ARD Finance LLC
Mallinckrodt ARD Holdings Inc.
Mallinckrodt ARD Holdings Limited
Mallinckrodt ARD IP Unlimited Company
Mallinckrodt ARD LLC
Mallinckrodt Brand Pharmaceuticals LLC
Mallinckrodt Buckingham Unlimited Company
Mallinckrodt Canada ULC
Mallinckrodt CB LLC
Mallinckrodt Critical Care Finance LLC
Mallinckrodt Enterprises Holdings, Inc.
Mallinckrodt Enterprises LLC
Mallinckrodt Enterprises UK Limited
Mallinckrodt Group S.a.r.l.
Mallinckrodt Holdings GmbH
Mallinckrodt Hospital Products Inc.
Mallinckrodt Hospital Products IP Unlimited Company
Mallinckrodt International Finance SA
Mallinckrodt International Holdings S.a.r.l.
Mallinckrodt IP Unlimited Company
Mallinckrodt LLC Mallinckrodt Lux IP S.a.r.l.
Mallinckrodt Manufacturing LLC
Mallinckrodt Pharma IP Trading Unlimited Company
Mallinckrodt Pharmaceuticals Ireland Limited
Mallinckrodt Pharmaceuticals Limited
Mallinckrodt Quincy S.a.r.l.
Mallinckrodt UK Finance LLP
Mallinckrodt UK Ltd
Mallinckrodt US Holdings LLC
Mallinckrodt US Pool LLC
Mallinckrodt Veterinary, Inc.
Mallinckrodt Windsor Ireland Finance Unlimited Company
Mallinckrodt Windsor S.a.r.l.
MCCH LLC MEH, Inc.
MHP Finance LLC
MKG Medical UK Ltd

MNK 2011 LLC
MUSHI UK Holdings Limited
Ocera Therapeutics, Inc.
Petten Holdings Inc.
SpecGx Holdings LLC
SpecGx LLC
ST Operations LLC
ST Shared Services LLC
ST US Holdings LLC
ST US Pool LLC
Stratatech Corporation
Sucampo Holdings Inc.
Sucampo Pharma Americas LLC
Sucampo Pharmaceuticals, Inc.
Therakos, Inc.
Vtesse LLC
WebsterGx Holdco LLC
Mallinckrodt Equinox Finance LLC