## **Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, et al., | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |
| sanofi-aventis U.S. LLC, | Civil Action No. 22-cv-00216 (LPS) |
| *Appellant*, | Bankruptcy Case No. 20-12522 (JTD) |
| v. | |
| Mallinckrodt, plc, et al., | |
| *Appellees* | |

## ORDER GRANTING JOINT MOTION TO INTERVENE

Upon the motion of the Governmental Plaintiff Ad Hoc Committee, the Multi-State Governmental Entities Group (the "**MSGE Group**"), the Future Claimants' Representative (the "**FCR**"), and the Official Committee of Opioid Related Claimants (the "**OCC**")

[1] (together with the Governmental Plaintiff Ad Hoc Committee, the MSGE Group, and the FCR, the "**Proposed Intervenors**") for an order granting each of the Proposed Intervenors leave to intervene (the "**Motion to Intervene**") in the above-referenced bankruptcy appeal of the *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [Bankr. Dkt. No. 6660] (the "**Appeal**"); the Court finding that

---

[1] Both the Governmental Plaintiff Ad Hoc Committee and the MSGE Group file this Motion to Intervene exclusively on their own behalf and do not assume any fiduciary or other duties to any other entity or individual.

it has jurisdiction to consider and approve the Motion to Intervene; the Court having considered and overruled any objections to the Motion to Intervene; the Court having found that each of the Proposed Intervenors has an independent interest in the Appeal and the cause exists to grant the Motion to Intervene, it is

HEREBY ORDERED THAT the Motion to Intervene is granted; and it is further

ORDERED THAT each of the Proposed Intervenors are granted standing to be heard on all issues in connection with the Appeal.

This _____ day of [ ], 2022

_____
Honorable Leonard P. Stark
United States District Judge