IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                              :         Chapter 11
                                                                         :
MALLINCKRODT PLC, *et al.*,                        :         Case No. 20-12522 (JTD)
                                                                         :         (Bankr. D. Del.)
                    Debtors.[1]                                 :         (Jointly Administered)
---------------------------------------------------------:
SANOFI-AVENTIS U.S. LLC,                          x
                                                                         :
                    Appellant,                              :
v.                                                                      :
                                                                         :         C.A. No. 1:22-cv-00216 (TLA)
MALLINCKRODT PLC, *et al.*,                       :
                                                                         :         Bankruptcy BAP No. 22-09
                    Appellees.                            :
---------------------------------------------------------x

**APPELLANT'S REQUEST FOR ORAL ARGUMENT**

Appellant sanofi-aventis U.S. LLC ("**Sanofi**"), in accordance with Rule 8019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") respectfully requests oral argument on the above-captioned appeal. In support hereof, Sanofi states as follows:

Bankruptcy Rule 8019(a) provides that a "party may file, or a district court or BAP may require, a statement explaining why oral argument should, or need not, be

---

[1] A complete list of the Debtors in the above-captioned chapter 11 cases is set forth on "Annex 1" to the disclosure statement approved by the Bankruptcy Court (defined herein). *See Appendix in Support of Appellant's Opening Brief* ("**AA**") AA3809-3810. Capitalized terms not otherwise used herein have the meanings set forth in Appellant's opening and reply briefs.

permitted." Fed. R. Bankr. P. 8019(a).  Bankruptcy Rule 8019(b), in turn, provides that "[o]ral argument must be allowed in every case unless the district judge . . . examine[s] the briefs and record and determine[s] that oral argument is unnecessary because (1) the appeal is frivolous; (2) the dispositive issue or issues have been authoritatively decided; or (3) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument." Fed. R. Bankr. P. 8019(b).

Sanofi respectfully suggests that oral argument should be permitted in this appeal and that the decisional process would be aided by oral argument.  While this appeal addresses a relatively narrow component of the Joint Plan – the allocation and distribution of the proceeds of the UCC Settlement – the underlying facts and record present numerous complexities, including without limitation whether the Debtors' versus UCC's "waterfall analyses" controlled (or did not control) the relevant context in which the Bankruptcy Court made various determinations, and whether the UCC Settlement proceeds may constitute a "gift" of an anticipated bankruptcy recovery from another class of unsecured creditors of other Debtors. Further, this appeal implicates several interconnected legal principles, including both the "fair and equitable" and "unfair discrimination" provisions of section 1129(b) of the Bankruptcy Code, as well as the applicability of "gifting" principles. While these issues are addressed in the parties' briefs, Sanofi respectfully suggests

that the intricacy of the disputed issues warrants additional development through oral argument.

**WHEREFORE**, Sanofi respectfully requests that the Court schedule oral argument in this appeal, and grant such other and further relief as the Court deems warranted.

Dated: July 13, 2022              **DLA PIPER LLP (US)**

/s/   Stuart M. Brown
Stuart M. Brown (DE #4050)
R. Craig Martin (DE #5032)
Aaron S. Applebaum (DE #5587)
1201 North Market Street, Suite 2100
Wilmington, DE  19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
E-mail:  stuart.brown@us.dlapiper.com
            craig.martin@us.dlapiper.com
            aaron.applebaum@us.dlapiper.com

- and –

Ilana H. Eisenstein
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia PA  191903-7300
Telephone:  215-656-3300
Email:  ilana.eisenstein@us.dlapiper.com

*Attorneys for sanofi-aventis U.S. LLC*